

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2021

No. 04-16-00475-CR

Dominique **GREEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7880
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Retired Chief Justice (not sitting)
            Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice

On August 9, 2017, we issued a memorandum opinion and judgment in this appeal, affirming the trial court's judgment. We issued the mandate on March 2, 2018. On November 6, 2020, appellant, representing himself, filed a "Motion for Extension of Time" to file an appellant's brief. This court's plenary power in this appeal has expired, and this court no longer has jurisdiction. *See* TEX. R. APP. P. 19.1 (specifying the period of plenary power); *id.* R. 19.3 ("After its plenary power expires, the court cannot vacate or modify its judgment.").

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2021.



MICHAEL A. CRUZ, Clerk of Court